UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 06-790 |
| LUNIC ADISSON<br>CASSANDRA MOINVILLE<br>YVES DESIR, JR., and<br>ROBERT DEROSIERS | :<br><br>: | ORDER FOR CONTINUANCE |

This matter having been opened to the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (Scott B. McBride, Assistant U.S. Attorney, appearing), defendant Lunic Adisson (by Alan Zegas, Esq.), defendant Yves Desir, Jr. (By Olubukola O. Adetula, Esq.), and defendant Robert Desrosiers (by Chester Keller, Esq.), and good cause having been shown, the Court makes the following findings:

   1. This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

   2. In light of the extensive pretrial discovery to be reviewed by the parties, failure to grant a continuance would deny counsel for defendants and the government reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence; and

   3. The ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a

speedy trial.

WHEREFORE, it is on this 23RD day of September, 2008

ORDERED that this action be, and hereby is, continued until November 22, 2008, and the period between and including September 23, 2008 through November 22, 2008 shall be excluded time under the Speedy Trial Act of 1974, Title 18, United States Code, Section 3161(h)(8).

```
_____
Hon. SUSAN D. WIGENTON
United States District Judge
```

Form and entry
consented to:

_____
Scott B. McBride
Assistant U.S. Attorney



_____
Thomas Ashley, Esq.
Counsel for defendant Cassandre Moinville



_____
Chester Keller, Esq.
Counsel for defendant Robert Desrosiers



_____
Olubukola O. Adetula, Esq.
Counsel for defendant Yves Desir, Esq.

_____
Alan Zegas, Esq.
Counsel for defendant Lunic Adisson

Form and entry
consented to:

_____
Scott B. McBride
Assistant U.S. Attorney

_____
Thomas Ashley, Esq.
Counsel for defendant Cassandre Moinville

*[signature]*
Chester Keller, Esq.
Counsel for defendant Robert Desrosiers

_____
Olubukola O. Adetula, Esq.
Counsel for defendant Yves Desir, Esq.

_____
Alan Zegas, Esq.
Counsel for defendant Lunic Adisson

Form and entry
consented to:

_____
Scott B. McBride
Assistant U.S. Attorney



_____
Thomas Ashley, Esq.
Counsel for defendant Cassandre Moinville



_____
Chester Keller, Esq.
Counsel for defendant Robert Desrosiers

*[signature]* 9/17/08

Olubukola O. Adetula, Esq.
Counsel for defendant Yves Desir, Esq.



_____
Alan Zegas, Esq.
Counsel for defendant Lunic Adisson